IN The United States District Courts For The Western District Courts Of Wisconsin.

Jay Jasmine Saddler
   Plaintiff,

V.

Jessica Hewitt Et Al   Case No 19-CV-81-Jdp
   Defendants,

## Notice of Appeal

Notice is Hereby given That [Jay Jasmine Saddler,] The plaintiff in the Above Named Case, Hereby Appeal To The United States Court of Appeals For The Seventh Circuit From The Final Judgment From an Order (Of The Western District Judge James, Peterson) WHO Dismissed plaintiff Jay Jasmine Saddler Lawsuit of Diliberate Indifference, To plaintiffs medical Need, By granting The Above Named (Deffendants) Summary Judgment of Non Exhaustion of Remendies (UN Timely) Entered in This Action on the 8th Day of July, 2020

Dated July 14th 2020    Jay Saddler
Signed By Plaintiff.      Signature

    Plaintiff   Jay Saddler 554477
    Name and   Waupun Correctional Institution
    Address.    P.O. Box 351
         Waupun WI. 53963